UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONYEAL SIZEMORE,

    Plaintiff,                                   Case No. 11-10913

v.                                                      Honorable John Corbett O'Meara

LEARNING CARE GROUP, *et. al.*,

    Defendants.
_____/

## ORDER DENYING
## PLAINTIFF'S APPLICATION FOR APPOINTMENT OF COUNSEL

This matter came before the court on plaintiff Donyeal Sizemore's March 8, 2011 Application for Appointment of Counsel. In his *pro se* complaint, Plaintiff alleges that Defendants terminated his employment based on race.

The appointment of counsel in a civil case is a privilege and not a constitutional right, one that should be allowed only in exceptional cases. Lopez v. Reyes, 692 F.2d 15, 17 (5th Cir. 1982). The United States Court of Appeals for the Sixth Circuit has advised that district courts, in considering an application for appointment of counsel in civil cases, "should at least consider plaintiff's financial resources, the efforts of plaintiff to obtain counsel, and whether plaintiff's claim appears to have any merit." Henry v. City of Detroit Manpower Dep't., 763 F.2d 757, 760 (6th Cir. 1985).

In reviewing Plaintiff's application, the court finds no exceptional circumstances to allow for the appointment of counsel. Accordingly, it is hereby **ORDERED** that Plaintiff's Application for Appointment of Counsel is **DENIED.**

s/John Corbett O'Meara  
United States District Judge

Date:  May 10, 2011

I hereby certify that a copy of the foregoing document was served upon Plaintiff on this date, May 10, 2011, at 42121 Salem Court, Van Buren Twp., Michigan  48111 by first-class U.S. mail.

s/William Barkholz  
Case Manager