UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONYEAL SIZEMORE,

    Plaintiff,

Case No. 11-10913

Honorable John Corbett O'Meara

v.

LEARNING CARE GROUP, KYRA HALL-ELZY, DIANE BOISCO, JAMIE ANDREWS, and JANINE (LNU),

    Defendants.

_____/

**ORDER DENYING PLAINTIFF'S SECOND REQUEST FOR EXTENSION OF TIME AND GRANTING DEFENDANTS' MOTION TO DISMISS**

Plaintiff Donyeal Sizemore filed this *pro se* complaint against her former employers, defendants Learning Care Group and its employees, alleging race discrimination. On May 5, 2011, Defendants filed a motion to dismiss, and Plaintiff was ordered to file a response to the motion by June 13, 2011.

After having missed the court-ordered deadline to file a response by three weeks, Plaintiff filed a motion for extension of time in which to file the response. The court granted a 30-day extension and ordered Plaintiff to file her response by August 1, 2011. Instead of complying with the court's order to file a response on that date, Plaintiff filed a second motion for another 30-day extension of time.

Granting the second motion for extension of time would unduly prejudice the defendants in this case. They have diligently defended this action, and their motion to dismiss has languished for over six months. Furthermore, having read Defendants' motion to dismiss, the court finds that a response to the motion would most likely be futile.

Therefore, it is hereby **ORDERED** that Plaintiff's second motion for extension of time to file a response is **DENIED.**

It is further **ORDERED** that Defendants' May 11, 2011 motion to dismiss is **GRANTED.**

s/John Corbett O'Meara
United States District Judge

Date:  November 10, 2011

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, November 10, 2011, using the ECF system and/or by first-class mail.

s/William Barkholz
Case Manager